IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:13CR87 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SKYE LYNN VAN DYNE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time by defendant Skye Lynn Van Dyne (Van Dyne) (Filing No. 26).  Van Dyne seeks an additional fourteen days in which to file pretrial motions in accordance with the progression order.  Van Dyne's counsel represents that Van Dyne has agreed to the motion. Van Dyne's counsel represents that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Defendant Van Dyne's motion for an extension of time (Filing No. 26) is granted. Van Dyne is given until **on or before November 22, 2013,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., **the time between November 7, 2013, and November 22, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

2. Van Dyne shall file her affidavit required by NECrimR 12.1(a) and Paragraph 9 of the Progression Order (Filing No. 23) **on or before November 14, 2013**.

DATED this 7th day of November, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge